# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
MOULUAN WU )  Case No. 1:21-MJ-123
)
)
)
)
*Defendant(s)*

**UNDER SEAL**

FILED
APR 13 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 6, 2020 - March 26, 2021** in the city/county of **Loudoun** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343; AND<br>18 U.S.C. § 1349 | Defendant did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to commit wire fraud. |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Christopher Hood/AUSA William Fitzpatrick
*Printed name and title*

*Complainant's signature*

Michael Y. Jeng, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: April 13, 2021

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge